UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:04-cr-00013-SEB-DML |
| ) | |
| DARRYL BRYANT, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Michael G. Naville's Report and Recommendation dated August 6, 2013 that recommends Darryl Bryant's supervised release be revoked pursuant to Title 18 U.S.C. § 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. § 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Darryl Bryant's supervised release is hereby revoked. The defendant is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no term of supervised release to follow. The defendant shall self-surrender to the Bureau of Prisons upon notification of his designation.

SO ORDERED

Date: 08/19/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All electronically registered counsel via CM/ECF
U.S. Marshal
U.S. Probation